# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY, *as Personal Representative of the Estate of Gregory A. Buck, deceased*,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>Defendants. | Case No. 1:25-cv-00388-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEFENDANTS TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 7) |

Before the Court is the parties' stipulation to extend the time in which Defendants may answer the complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through June 12, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **May 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge