# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY, *as Personal Representative of the Estate of Gregory A. Buck, deceased*,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>Defendants. | Case No. 1:25-cv-00388-JLT-SAB<br><br>ORDER RE SECOND STIPULATION TO EXTEND DEFENDANTS TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 9) |

Before the Court is the parties' second stipulation to extend the time in which Defendants may answer the complaint. For good cause shown, the Court hereby approves the stipulation for a two-week extension and ORDERS that Defendants shall have through June 26, 2025, to answer or otherwise respond to the complaint.[1]

IT IS SO ORDERED.

Dated: **June 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] In their proposed order, the parties included a condition that if Plaintiff files a first amended complaint before June 26, 2025, then Defendants shall have 30 days from that filing date in which to file an answer. The Court denies this request without prejudice because it was not part of the parties' stipulation and because it is speculative at this point.