# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00388-JLT-SAB<br><br>ORDER RE STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE; SETTING HEARING FOR SEPTEMBER 3, 2025<br><br>(ECF No. 19) |

Before the Court is the parties' stipulation regarding the briefing schedule and hearing date associated with Defendant's motion to dismiss. (ECF No. 19.) For good cause shown, the Court hereby approves the stipulation in part and ORDERS that:

1. Plaintiffs shall have through **July 29, 2025**, to file an opposition to Defendant's motion to dismiss;

2. Defendant shall have through **August 8, 2025**, to file a reply, if any;

3. The hearing on the motion to dismiss shall take place on **September 3, 2025**, at **10:00 a.m.**

IT IS SO ORDERED.

Dated: **July 24, 2025**

                                                  STANLEY A. BOONE<br>
                                                  United States Magistrate Judge