# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY, *as Personal Representative of the Estate of Gregory A. Buck, deceased*,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>Defendants. | Case No. 1:25-cv-00388-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEADLINES TO FILE SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE<br><br>(ECF No. 31) |

Before the Court is the parties' stipulation to extend the time in which Plaintiff may file his second amended complaint and set Defendants' answer date. For good cause shown, the Court hereby approves the stipulation and ORDERS:

1. Plaintiff shall have through November 25, 2025, to file his second amended complaint; and

2. Defendants shall have through December 16, 2025, to answer or otherwise respond thereto.

IT IS SO ORDERED.

Dated: **November 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge