# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY, *as Personal Representative of the Estate of Gregory A. Buck, deceased*,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:25-cv-00388-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 34) |

Before the Court is the parties' stipulation to extend the time in which Defendants may answer the second amended complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through January 12, 2026, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: __December 12, 2025__

STANLEY A. BOONE
United States Magistrate Judge