# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY,<br><br>             Plaintiff,<br><br>       v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>             Defendants. | Case No. 1:25-cv-00388-JLT-SAB<br><br>ORDER RE STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 36) |

Before the Court is a stipulation from the parties to continue the initial scheduling conference. (ECF No. 36.) For good cause shown, the Court approves the stipulation and ORDERS that the initial scheduling conference is CONTINUED to **February 10, 2026, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   **December 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge