# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY, *as Personal Representative of the Estate of Gregory A. Buck, deceased*, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | Case No. 1:25-cv-00388-JLT-SAB <br><br> ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT REGARDING DEFENDANTS' RESPONSIVE PLEADING AND READINESS FOR INITIAL SCHEDULING CONFERENCE <br><br> **JANUARY 23, 2026 DEADLINE** |

Plaintiff commenced this action on April 3, 2025. (ECF No. 1.) As relevant here, on November 25, 2025, Plaintiff filed his second amended complaint. (ECF No. 33.) On December 12, 2025, the Court approved a stipulation by the parties for an extension of time in which Defendants may answer or otherwise respond to the second amended complaint. (ECF No. 35.) The Court ordered that Defendants had through January 12, 2026, to file a responsive pleading. (Id.) On December 16, 2025, the parties stipulated to continuing the initial case management conference based on the January 12, 2026 responsive pleading deadline, which the Court granted. (ECF Nos. 36, 37.) The initial case management conference is now scheduled for February 10, 2026. (ECF No. 37.) Though the parties filed a notice of stipulation of dismissal as to Defendant Bryan D. Phillips on January 11, 2026, the remaining Defendants have not filed a

1

responsive pleading by the January 12, 2026 deadline.

Because the parties have litigated through a motion to dismiss, the Court will direct the parties to file a status report regarding the responsive pleading from the remaining Defendants, whether Plaintiff intends to move for an entry of default, and/or whether the parties are prepared to go forward with the initial case management conference on February 10, 2026.  Should it be necessary, the parties may file a subsequent stipulation on any of these issues, which the Court will consider.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint status report no later than **January 23, 2026**, regarding the issues raised in this order.

IT IS SO ORDERED.

Dated:    **January 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2