# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY, *as Personal Representative of the Estate of Gregory A. Buck, deceased*, <br><br> Plaintiff, <br><br> v. <br><br> DOE DEFENDANTS, <br><br> Defendant. | Case No.  1:25-cv-00388-JLT-SAB <br><br> ORDER CONTINUING INITIAL SCHEDULING CONFERENCE <br><br> (ECF No. 43) |

On January 23, 2026, the Court ordered Plaintiff to file a status report regarding the identification and service of the Doe defendants in this matter, as well as taking a position on whether the Court should continue the initial scheduling conference.  (ECF No. 42.)  Plaintiff timely complied and informed the Court that he has been working diligently to collect records in order to identify the Doe defendants.  (ECF No. 43.)  In light of this, Plaintiff requests that the Court continue the initial scheduling conference.

Accordingly, the Court ORDERS that the initial scheduling conference is CONTINUED to May 19, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge