# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CRAWLEY, *as Personal Representative of the Estate of Gregory A. Buck, deceased*, <br><br> Plaintiff, <br><br> v. <br><br> DOE DEFENDANTS, <br><br> Defendant. | Case No. 1:25-cv-00388-JLT-SAB <br><br> ORDER NOTIFYING PLAINTIFF TIME TO COMPLETE SERVICE HAS EXPIRED UNDER FED. R. CIV. P. 4(m) AND DIRECTING PLAINTIFF TO DEMONSTRATE GOOD CAUSE FOR AN EXTENSION <br><br> **DEADLINE: APRIL 13, 2026** |

As relevant here, on November 25, 2025, Plaintiff filed his second amended complaint. (ECF No. 33.)  Following a voluntary dismissal of Defendant Bryan D. Phillips (ECF No. 38), the only remaining defendants in this action are doe defendants.  Previously, in January 2026, the Court directed Plaintiff to file a status report regarding service of the second amended complaint and whether Plaintiff was prepared to move forward with an initial scheduling conference.  (ECF No. 42.)  For Plaintiff's benefit, the Court also outlined Federal Rule of Civil Procedure 4(m), which sets a time limit of 90 days for service of a complaint.  (Id.)  Plaintiff timely filed a status report and informed the Court that he was not ready to hold the initial scheduling conference because he was still attempting to identify the doe defendants.  (ECF No. 43.)  Thus, the Court continued the initial scheduling conference to May 19, 2026.  (ECF No. 44.)

/ / /

/ / /

Pursuant to Rule 4(m), Plaintiff's second amended complaint was due to be served by February 23, 2026.  As of the date of this order, no defendant has appeared nor have proof of service documents been filed by Plaintiff.

Accordingly, Plaintiff is HEREBY NOTIFIED that the time to effectuate service has expired.  Plaintiff shall have through **April 13, 2026**, to "show[] good cause for the failure" and move for an extension.  Fed. R. Civ. P. 4(m).  Plaintiff should address his service efforts and whether the initial scheduling conference should be continued.

**Failure to comply with this order may result in sanctions, including a recommendation that this matter be dismissed without prejudice for failure to timely effectuate service of the second amended complaint.**  Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:   **April 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2