**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY M. CRAWLEY, *as Personal Representative of the Estate of Gregory A. Buck, deceased*, <br><br> Plaintiff, <br><br> v. <br><br> DOE DEFENDANTS, <br><br> Defendant. | Case No. 1:25-cv-00388 JLT SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |

On November 25, 2025, Timothy M. Crawley filed his second amended complaint. (Doc. 33.) On January 11, 2026, Plaintiff voluntarily dismissed Defendant Bryan D. Phillips, the only remaining named Defendant in this action. (Doc. 38.) On January 23, 2026, the assigned magistrate judge directed Plaintiff to file a status report regarding his readiness to proceed with the initial scheduling conference and informed Plaintiff of the implications of the deadline in Federal Rule of Civil Procedure 4(m). (Doc. 42.) On January 30, 2026, Plaintiff timely filed a status report and informed the Court that he was having issues effectuating service on any Doe Defendants, that he might seek limited discovery, and requested the initial scheduling conference be continued. (Doc. 43.) Thus, the magistrate judge continued the initial scheduling conference. (Doc. 44.)

On April 6, 2026, the magistrate judge notified Plaintiff that the time to complete service under Rule 4(m) had expired on February 23, 2026, and directed Plaintiff to show good cause for

an extension.  (Doc. 45.)  The Court gave Plaintiff through April 13, 2026, to file a response. (*Id.*)  The Court also warned Plaintiff that "[f]ailure to comply with this order may result in sanctions, including a recommendation that this matter be dismissed without prejudice for failure to timely effectuate service of the second amended complaint."  (*Id.*) (emphasis omitted).

The time to file a response to the April 6, 2026 order passed without Plaintiff filing anything on the docket.  Thereafter, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action without prejudice for failing to timely effectuate service of the second amended complaint, pursuant to Rule 4(m); failure to prosecute, and/or failure to comply with the Court's order, pursuant to Fed. R. Civ. P. 41 and Local Rule 110.  (Doc. 46.)  That order also informed Plaintiff that he had fourteen days within which to object to the findings and recommendations.  (*Id.*)  Plaintiff did not object.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.      The findings and recommendations (Doc. 46) filed April 16, 2026, are **ADOPTED** in full.

2.      This matter is **DISMISSED** without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated:   **May 8, 2026**

UNITED STATES DISTRICT JUDGE

2